# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

**ROBINWOOD CONDOMINIUM ASSOCIATION**,

    Plaintiff,

v.

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

    Defendant.

---

## DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1446

---

Defendant's Certain Underwriters At Lloyd's, London ("Underwriters") by and through their attorneys, The Hustead Law Firm, A Professional Corporation, and pursuant to 28 U.S.C. §§ 1441 and 1446, respectfully petitions this Court for removal of the within action from the District Court, 18th Judicial District, Arapahoe County, Civil Action No. 2016 CV 31272, to the United States District Court for the District of Colorado. As grounds for removal of this matter, Underwriters states as follows:

1.    This matter is removable under 28 U.S.C. § 1441 because this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

2.    On or about May 20, 2016, Plaintiff filed a Complaint and Jury Demand against Underwriters in the District Court, 18th Judicial District, Arapahoe County, Civil Action No. 2016 CV 31272 (the "Complaint"), a copy of which is attached as **Exhibit A**. The Complaint alleges claims for breach of contract and violation of C.R.S. § 10-3-1115 and relief pursuant to C.R.S. § 10-3-1116 against Underwriters.

3.    Without admitting to any of the facts therein, the Complaint generally alleges that Underwriters failed to pay Plaintiff for amounts allegedly owed under the insurance policy issued by Underwriters due to a hail loss that occurred on or about May 28, 2014. *See* **Exhibit A** at ¶7.

4.    The Complaint alleges that, at all relevant times, the Plaintiff is a corporation that does business in Arapahoe County, Colorado. *See* **Exhibit A** at ¶1.

5.     The Complaint further alleges that Defendant Certain Underwriters at Lloyd's, London is authorized to do business in Colorado.  *See* **Exhibit A** at ¶2.

6.     Plaintiff seeks a money judgment in the Complaint, but Colorado does not permit a demand for a specified sum in a Complaint.  *See* C.R.C.P. 8(a).  Thus, pursuant to 28 U.S.C. § 1446(c)(2), this Notice of Removal may assert the amount in controversy.

7.     The amount in controversy exceeds $75,000.  The District Court Civil cover Sheet dated May 20, 2016 and filed by Plaintiff, attached as **Exhibit B**, states that Plaintiff is seeking a monetary judgment over $100,000, including attorneys' fees, penalties and punitive damages, but excluding interest and costs, which is evidence of the amount in controversy.  *See Henderson v. Target Stores*, 431 F.Supp.2d 1143, 1144-1145 (D.Colo. 2006).

8.     The Complaint is silent as to the amount of damages being sought, but the amount clearly exceeds $75,000.  Underwriters has already estimated the damages caused by the relevant event at over $1,000,000 and made the payments that are owed under the policy issued by Plaintiffs based on those estimates.   Plaintiff's representatives have submitted estimates indicating that Plaintiff believes the necessary repairs will cost in excess of $4 million. Therefore, the alleged damages on the breach of contract claim will exceed $3 million.

9.     In addition, Plaintiff has claimed "double damages pursuant to statute," prejudgment and post-judgment interest, as well as attorneys' fees.  *See* **Exhibit A** at *ad damnum* clause.

10.     In light of the foregoing, the amount in controversy clearly exceeds the sum of $75,000 and is between citizens of different states as that term is defined in 28 U.S.C. § 1332.

11.     Thus, this Court has original jurisdiction in the matter pursuant to 28 U.S.C. § 1332(a)(1).  Accordingly, the above-entitled action may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

12.     This Notice of Removal is timely in that it has been filed within thirty (30) days of the date in which Underwriters first received a copy of Plaintiff's initial pleading, here the Complaint and District Court Cover Sheet.

13.     Pursuant to 28 U.S.C. § 1446(a), the following documents constitute all of the pleadings, motions and other papers which have been filed in the state court action, and copies are attached hereto as follows:

a.     Complaint and Jury Demand dated May 20, 2016 (attached as **Exhibit A**);

b.     District Court Civil Case Cover Sheet dated May 20, 2016 (attached as **Exhibit B**);

c.     Summons issed by Counsel dated May 20, 2016 (attached as **Exhibit C**);

d.      Delay Reduction Order and Order Regarding Plan for Settlement issued by Judge Elizabeth Ann Weishaupl dated May 20, 2016 (attached as **Exhibit D**); and

e.      Return of Service on William Dietrich, Legal Counsel with Mendes & Mount on June 3, 2016 (attached as **Exhibit E).**

14.    Pursuant to D.C.Colo.LCivR 81.1, Underwriters states that no motions are pending and no hearings have been set in the state court as of this date.

15.    Pursuant to F.R.C.P. 81(c), Underwriters will file a responsive pleading on or before the time prescribed therein, and specifically reserve the right to assert all defenses, including those defenses under F.R.C.P. 12(b).

16.    Undersigned counsel certifies that copies of this Notice of Removal will be promptly filed with the District Court, 18th Judicial District, Arapahoe County, Colorado, and have been provided to all adverse parties in this action.

WHEREFORE, Defendant Certain Underwriters at Lloyd's, London respectfully request that the above-entitled action, now pending against it in the District Court, 18th Judicial District, Arapahoe County, Colorado, be removed therefrom to this Court.

Respectfully submitted this 21st day of June, 2016.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

s/Christopher J. Shannon_____
Patrick Q. Hustead, Esq.
Christopher J. Shannon, Esq.
The Hustead Law Firm,
A Professional Corporation
4643 South Ulster Street, Suite 1250
Denver, CO 80237
Telephone: (303) 721-5000
E-mail: pqh@thlf.com
Email: csh@thlf.com
Attorneys for Defendant

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 21st day of June, 2016 I delivered a true and correct copy of **DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1446** via CM/ECF to the following:

Christopher Drake, Esq.
Jessica Mauser, Esq.
David Roth, Esq.
Speights and Worrich, LLC
116 Inverness Drive East, Suite 270
Englewood, CO 80112
*Attorneys for Plaintiff*

*Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*

*s/Christopher J. Shannon*_____
Christopher J. Shannon, Esq.