| | |
|---|---|
| 18th Judicial District Court<br>Arapahoe County, State of Colorado<br>Court Address:   7325 South Potomac Street<br>                         Centennial, CO 80112<br><br>**Plaintiff:**   Robinwood Condominium Association, Inc.<br><br>v<br><br>**Defendant:**   Certain Underwriters at Lloyd's, London | DATE FILED: May 20, 2016 1:24 PM<br>FILING ID: CAA8DAE7DBBE9<br>CASE NUMBER: 2016CV31272<br><br><br><br><br>▲   COURT USE ONLY   ▲ |
| **Attorney for Plaintiffs:**<br>Attorney:   Christopher Drake, #46998<br>                  Jessica Mauser, #47630<br>                  David Roth, #44800<br>Address:   Speights and Worrich, LLC<br>                  116 Inverness Drive East, Suite 270<br>                  Englewood, CO 80112<br>Phone Num.:   (303) 662-8082<br>FAX Num.:   (303) 662-8083<br>E-Mail:   chris@speightsfirm.com<br>              jmauser@speightsfirm.com<br>              david@speightsfirm.com | Case Number:<br><br>Div.: |

## COMPLAINT AND JURY DEMAND

COMES NOW PLAINTIFF, Robinwood Condominium Association, Inc., by and through its attorneys, Speights and Worrich, LLC, and Complains against the above named Defendant as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Robinwood Condominium Association, Inc., is a corporation that does business in Arapahoe County, Colorado.

2. Upon information and belief, Defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy Number LHPQ-70585-60 is authorized to do business in Colorado.

3. This Court has jurisdiction over the subject matter of this action and the parties hereto.

4. Venue is proper in this Court pursuant to C.R.C.P. 98(c)(1).

EXHIBIT A

## GENERAL ALLEGATIONS

5. Certain Underwriters at Lloyd's, London Subscribing to Policy Number LHPQ-70585-60 (hereinafter "Underwriters at Lloyd's") issued Policy Number LHPQ-70585-60 (hereinafter the "Policy") to Robinwood Condominium Association, Inc. ("Robinwood"), insuring properties located at 18001-18193 East Kentucky Avenue, Aurora, Colorado 80017 and 18003-18196 East Ohio Avenue, Aurora, Colorado 80017, (hereinafter the "Properties") at all times relevant herein.

6. The Policy covered, inter alia, all risks of direct physical loss or damage to the Properties, including property damaged by hail and wind.

7. Robinwood tendered to Underwriters at Lloyd's a claim for benefits for a May 28, 2014, storm because the Properties sustained substantial wind and hail damage.

8. Although Robinwood provided Underwriters at Lloyd's the necessary documentation evidencing its losses and establishing Underwriters at Lloyd's obligation to pay for such losses, Underwriters at Lloyd's has failed to pay Robinwood the benefits due and owing under the Policy.

9. As a consequence of Underwriters at Lloyd's conduct in failing to pay amounts due and owing under the Policy and in delaying payment of amounts due and owing under the Policy, Robinwood has incurred and continues to incur damages.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

10. Robinwood incorporates paragraphs 1 through 9 of its Complaint as if fully set forth herein.

11. The Policy creates a contract of insurance.

12. By its actions, as described above, Underwriters at Lloyd's breached the contract of insurance.

13. As a direct and proximate result of said breach, Robinwood is entitled to damages in an amount to be determined at trial.

## SECOND CLAIM FOR RELIEF
### (Violation of C.R.S. §10-3-1115 and Relief Pursuant to §10-3-1116)

14. Robinwood incorporates paragraphs 1 through 13 of its Complaint as if fully set forth herein.

15. C.R.S. §10-3-1115 forbids an insurer from unreasonably delaying or denying payment of a claim for benefits owed to or on behalf of a first-party claimant.

16. Robinwood is a first-party claimant under C.R.S. §10-3-1115.

17. Underwriters at Lloyd's has denied Robinwood's claim without a reasonable basis within the meaning of C.R.S. §10-3-1115.

18. C.R.S. §10-3-1116 provides that a first-party claimant whose claim has been unreasonably delayed by an insurer may bring an action in Colorado district court to recover reasonable attorneys' fees and court costs and two times the covered benefit.

19. Because Underwriters at Lloyd's actions, as described above, violate C.R.S. §10-3-1115, Robinwood brings this claim to recover its reasonable attorneys' fees and court costs, and two times the covered benefit, as allowed under C.R.S. §10-3-1116.

WHEREFORE, Robinwood Condominium Association, Inc. respectfully request that judgment be entered in its favor and against Certain Underwriters at Lloyd's, London as follows:

   a. For compensatory damages, both economic and non-economic, in amounts to be proved at trial;
   b. For double damages pursuant to statute;
   c. For all prejudgment interest, statutory or moratory, and post-judgment interest allowed by law;
   d. For reasonable attorneys' fees and costs of suit herein; and
   e. For such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 20th day of May, 2016.

Respectfully Submitted,

/s/ Christopher Drake
Christopher Drake #46998
Jessica Mauser #47630
David Roth, #44800
Attorneys for Plaintiff
In accordance with C.R.C.P. 121, §1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the Court upon request.