IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 16-cv-1576-WJM-NYW

ROBINWOOD CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

    Defendant.
_____

**ORDER ADOPTING AUGUST 8, 2016 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

    This matter is before the Court on the August 8, 2016 Recommendation of United States Magistrate Judge Nina Y. Wang (the "Recommendation") (ECF No. 24) that the case be administratively closed. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 24 at 3.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In

the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 24) is ADOPTED in its entirety; and

(2) This case is administratively closed subject to reopening for good cause.

Dated this 13th day of September, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge